IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION


| | |
|---|---|
| Paula Horstman, | : |
|     Plaintiffs, | : |
| v. | :   Case No. 2:07-cv-1117 |
| Michael J. Astrue, Commissioner of Social Security, | :   JUDGE HOLSCHUH |
|     Defendant. | : |

<u>ORDER</u>

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on December 30, 2008. No objections have been filed to the Report and Recommendation. Therefore, the Court ADOPTS the Report and Recommendation. The plaintiff's statement of errors is sustained and this case is remanded to the Commissioner pursuant to 42 U.S.C. §405(g), sentence four.


Date: January 27, 2009      **/s/ John D. Holschuh**
                                               John D. Holschuh, Judge
                                               United States District Court